# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALLEN,<br><br>         Plaintiff,<br><br>   v.<br><br>S. HUBBARD, et al.,<br><br>         Defendants. | Case No. 1:16-cv-01751-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING SEVER AND TRANSFER OF CLAIMS AGAINST DEFENDANT RIET AND DISMISSAL OF REMAINING CLAIMS AGAINST DEFENDANT MORGAN<br><br>(ECF No. 25) |

Plaintiff Matthew Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2018, the assigned Magistrate Judge issued findings and recommendations recommending that: (1) Plaintiff's claims against Officer Riet arising from events at Lancaster State Prison be severed from this action and transferred to the Central District of California; (2) Plaintiff's federal claims against Officer Morgan be dismissed from this action for failure to state a claim upon which relief may be granted; and (3) Plaintiff's state law claims be dismissed without prejudice. (ECF No. 25.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 6.) Plaintiff timely filed objections on April 19, 2018. (ECF No. 26).

///

1

In his objections, Plaintiff merely states that he feels that this case could be settled for $500 to $1,500, and argues that he has clearly been a victim of CDC's negligence. However, none of Plaintiff's objections provide a legal basis on which to question the Magistrate Judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case and carefully reviewed the entire file, including Plaintiff's objections. The Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 9, 2018, (ECF No. 25), are adopted in full;
2. Plaintiff's claims against Officer Riet arising from events at Lancaster State Prison are severed from this action and transferred to the Central District of California;
3. Plaintiff's federal claims against Officer Morgan are dismissed from this action for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A;
4. Plaintiff's state law claims are dismissed without prejudice;
5. This action is dismissed due to Plaintiff's failure to state a claim; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 23, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE