UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW ALLEN, | ) Case No. CV 18-03434-DOC (JDE) |
| Plaintiff, | ) |
| | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATION OF |
| | ) UNITED STATES MAGISTRATE |
| RIET, Correctional Officer, | ) JUDGE |
| | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint ("SAC") filed by Plaintiff Matthew Allen ("Plaintiff") and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff did not file any objections to the report. The Report and Recommendation is approved and accepted.

IT IS HEREBY ORDERED that:

1.      The SAC is dismissed with prejudice; and

2.      Judgment shall be entered accordingly.

Dated: June 5, 2018

*David O. Carter*

DAVID O. CARTER
United States District Judge