JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW ALLEN, | Case No. CV 18-03434-DOC (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| RIET, Correctional Officer, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 5, 2018

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge